DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLIE BLOUNT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-543

[September 6, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 72-030404CF10A.

Carey Haughwout, Public Defender, and J. Woodson Isom, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Rogers v. State*, 42 Fla. L. Weekly D1493 (Fla. 4th DCA July 5, 2017); *see also Rooks v. State*, 42 Fla. L. Weekly D1573 (Fla. 3d DCA July 12, 2017); *Currie v. State*, 219 So. 3d 960 (Fla. 1st DCA 2017).

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***